UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
[FILED ELECTRONICALLY]


**AMY FOSTER,**

      **Plaintiff,**

                              **CASE NO.  3:10-cv-230-S**

**vs.**


**ZA'S INC., a**
**Kentucky corporation,**

      **Defendant.**

_____/


## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE


COME NOW, the Plaintiff, Amy Foster, and Defendant, Za's Inc., by and through the undersigned counsel, hereby notice this Honorable Court of their Stipulation of Dismissal with Prejudice of the claims asserted in the present action.


Dated this 30th day of November 2011.

AGREED TO BY:

(w/ permission) s/ Jerry N. Higgins
Jerry N. Higgins, Esq.
Kentucky Bar No: 90310
Law Office of Jerry N. Higgins, PLLC
3426 Paoli Pike
Floyd Knobs, IN 47119
*Counsel to Plaintiff*

(w/ permission) s/ Stephan M. Nitz          s/ Jason M. Nemes
Stephan M. Nitz, Esq.                       Lira A. Johnson
Florida Bar No:  45561                      Jason M. Nemes (KY Bar No. 90546)
Schwartz, Zweben LLP                        Dinsmore & Shohl LLP
3876 Sheridan Street                        1400 PNC Plaza
Hollywood, FL 33021                         500 West Jefferson Street
*Counsel to Plaintiff*                      Louisville, KY 40202
                                            (502) 540-2300 - Telephone
                                            (502) 585-2207 - Facsimile
                                            *Counsel to Defendant*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Jerry N. Higgins, Esq.
Law Office of Jerry N. Higgins, PLLC
3426 Paoli Pike
Floyd Knobs, IN 47119
*Counsel to Plaintiff*

Stephan M. Nitz, Esq.
Schwartz, Zweben LLP
3876 Sheridan Street
Hollywood, FL 33021
*Counsel to Plaintiff*

s/ Jason M. Nemes
*Counsel to Defendant*
