## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**AMY FOSTER**                                                              **PLAINTIFF**

**vs**                                                    **CIVIL ACTION NO. 3:10CV-230-S**

**ZA'S INC.**                                                              **DEFENDANT**

## <u>ORDER</u>

Counsel having filed a joint notice of voluntary dismissal in this matter, **IT IS HEREBY ORDERED** that this case is **DISMISSED**, with prejudice, from the Court's docket.

December 1, 2011

**Charles R. Simpson III, Judge**
**United States District Court**

cc: Counsel of Record